IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| United States of America, ) | C/A No.: 3:15-1297-MBS-SVH |
| )  Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| Alma A. Montgomery, Tracy ) | |
| Montgomery, South Carolina ) | |
| Department of Revenue, and the County ) | |
| of Sumter, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Counsel for Plaintiff has advised this court that defendant Alma Montgomery has filed a petition in the Bankruptcy Court in the District of South Carolina under Chapter 13 of the Bankruptcy provisions of the United States Code on June 14, 2015 (Case Number 15-013164). [ECF No. 20]. Pursuant to 11 U.S.C. § 362(a)(1), the court acknowledges an automatic stay of further proceedings in this action until such time as the stay is lifted or otherwise modified. If and when the Bankruptcy Court issues an order that may lift or modify the automatic stay, the parties to the instant case shall indicate the same to this court by filing a status report. Plaintiff's motion for a statistical stay [ECF No. 20] is granted.

IT IS SO ORDERED.

*Shiva V. Hodges*

August 6, 2015                                          Shiva V. Hodges
Columbia, South Carolina                          United States Magistrate Judge